ORIGINAL

FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0129

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0129

SHANE PHILLIP NICKERSON,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

SEP 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for the State of Montana moves this Court for dismissal of this appeal. After receiving extra time to do so, self-represented Appellant Shane Phillip Nickerson responds in opposition.

The State contends that this appeal is not properly before this Court. The State puts forth correctly that our rules for acquiring jurisdiction are strict. M. R. App. P. 4(5)(a)(i). The State points out that Nickerson's appeal is untimely because it was filed three days past the sixty-day deadline. The State explains that the Flathead County District Court issued a final judgment denying Nickerson's petition for postconviction relief on December 30, 2019, and that a timely appeal should have been filed by February 28, 2020. The State concludes that dismissal of this appeal is warranted and that this Court should not allow Nickerson's appeal to proceed as an out-of-time appeal, pursuant to M. R. App. P. 4(6).

Nickerson acknowledges that his Notice of Appeal was due on February 28, 2020. He states that he initially filed his appeal in mid-February but that it was returned to him. Nickerson explains that his first Notice of Appeal was timely received in the Office of the Clerk of Supreme Court, but he did not include an accompanying motion to proceed without paying the filing fee. He further states that due to his incarceration and current placement in prison for his safety with a lack of access to legal resources, a quick

turnaround with mailing documents is difficult to achieve.

Nickerson provides a copy of a February 18, 2020 letter from the Clerk of the Supreme Court. The Clerk's Office returned Nickerson's document, titled "Appeal of Denial of Postconviction Relief" because Nickerson failed to include the filing fee of $100 or a motion to proceed without paying the filing fee. Nickerson resubmitted his appeal notice and a motion to proceed without paying the filing fee which the Clerk's Office filed on March 2, 2020.

Here, an incarcerated, indigent individual represents himself in an appeal during a pandemic before this Court. We agree that Nickerson's appeal should not proceed as an out-of-time appeal. We, however, disagree that dismissal of his appeal is warranted. To dismiss this appeal now for three days' delay seems to run contrary to what this Court attempts to achieve with its mantra of access to the courts for all litigants. Nickerson had submitted his Notice of Appeal previously and then re-submitted it for filing with the necessary motion completed. The State may put forth any argument concerning the merit, timeliness, or substance of Nickerson's claims regarding his denial of a postconviction relief petition on appeal in a response brief. Accordingly,

IT IS ORDERED that the State's Opposed Motion to Dismiss Appeal is DENIED and that the State shall have thirty days from the date of this Order within which to prepare, file, and serve a response brief. The State is not prohibited from seeking a motion for extension of time to do so. M. R. App. P. 16.

The Clerk is directed to provide a copy of this Order to counsel of record and to Shane Phillip Nickerson personally.

DATED this _____ day of September, 2020.

_____
Chief Justice

_____

2

_____

_____

_____
                Justices

3